# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### NORTHEASTERN DIVISION

| | |
|---|---|
| Jessica McElyea, | }<br>} |
| Plaintiff, | }<br>} |
| v. | } Case No.: 5:23-cv-00091-MHH<br>} |
| Stars Huntsville, LLC, | }<br>} |
| Defendant. | } |

## CLERK'S COURT MINUTE ENTRY
## DISMISSAL PURSUANT TO STIPULATION OF PARTIES

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulated to dismissal of this action with prejudice. (Doc. #12).

The parties **SHALL** bear their own costs and fees.

This case is **CLOSED**.

DATED: May 17, 2023

GREER M. LYNCH, CLERK

By: _____D. Wiggins_____
         Deputy Clerk